IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TIMOTHY GRANDISON,

Plaintiff,

v.

ZAMZOW, ET AL.,

Defendant.

ORDER

19-cv-25-wmc

This case was closed after the court did not receive plaintiff Timothy Grandison's inmate account statement that he was directed to submit by the court's order dated January 10,2019. The court has now received a copy of plaintiff's inmate account statement.

From the trust fund account statement, I calculate his initial partial payment to be $27.70. Plaintiff is to pay the $27.70 initial partial payment on or before March 5, 2019.

After the court receives his payment, the court will reopen his case to determine whether his action or any portion of it must be dismissed as frivolous or malicious, for failure to state a claim on which relief may be granted or because plaintiff seeks monetary relief against a defendant who is immune from such relief.

ORDER

IT IS ORDERED that plaintiff Timothy Grandison is assessed $27.70 as an initial partial payment of the $350 fee for filing this case. He is to submit a check or money order made payable to the clerk of court in the amount of $27.70 on or before March 5, 2019. If, by March 5, 2019, plaintiff fails to make the initial partial payment or show cause for his failure to do so, his case will remain closed.

Entered this 11th day of February, 2019.

BY THE COURT:

/s/

PETER OPPENEER
Magistrate Judge